NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000610
27-DEC-2017
10:31 AM**

NO. CAAP-17-0000610

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LESLIE LEFF and MEI LI LEFF, Plaintiffs-Appellees,
v.
PETER VINCENT ARCHITECTS, LLC; PETER N. VINCENT,
AIA, INDIVIDUALLY, Defendants-Appellants
and
DOUGLAS ENGINEERING PACIFIC, INC.;
DOUGLAS A. BUHR, P.E.; PHILIP W. WALKER, P.E.,
INDIVIDUALLY; ALBERT S. HAHN, P.E., INDIVIDUALLY,
Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; and OTHER ENTITIES 1-10,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-2248)

ORDER APPROVING THE DECEMBER 4, 2017
STIPULATION TO DISMISS APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal Without Prejudice, filed on December 4, 2017 by
Defendants-Appellants Peter Vincent Architects, LLC and Peter N.
Vincent, AIA, Individually (Appellants), the papers in support,
and the records and files herein, it appears that: (1)
Appellants, Plaintiffs-Appellees Leslie Leff and Mei Li Leff, and
Defendants-Appellees Douglas Engineering Pacific, Inc.,

Defendants-Appellees Douglas Engineering Pacific, Inc.,
Douglas A. Buhr, P.E., Philip W. Walker, P.E. Individually, and
Albert S. Hahn, P.E., Individually, stipulate to dismissal of
Appellants' appeal with each party to bear their own attorney's
fees and costs.

Therefore, IT IS HEREBY ORDERED that the stipulation is
approved pursuant to Rule 42(a) of the Hawai'i Rules of Appellate
Procedure, the appeal is dismissed, and each party is to bear
their own attorney's fees and costs.

DATED: Honolulu, Hawai'i, December 27, 2017.

Chief Judge

Associate Judge

Associate Judge